

| | | | | |
|---|---|---|---|---|
| Baldwin v. State .............. | 49A05–1609–CR–2025 | 05/11/2017 | MAY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| J.C., In re .................... | 16A01–1612–JT–2787 | 05/11/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| J.S., Matter of ................ | 32A01–1611–JC–2652 | 05/11/2017 | MAY, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Bledsoe v. State................ | 49A05–1611–CR–2464 | 05/11/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Svabek v. Lancet Indemnity Risk Retention Group, Inc. ......... | 41A05–1610–PL–2271 | 05/11/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Eastwood v. State .............. | 82A01–1611–CR–2506 | 05/11/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Anderson v. State .............. | 36A01–1612–CR–2766 | 05/11/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Wasson v. State ................ | 34A02–1701–CR–79 | 05/11/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| Streeter v. State................ | 44A04–1605–CR–1179 | 05/11/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Bruno v. State ................. | 14A01–1606–CR–1530 | 05/12/2017 | ALTICE, J. | Affirmed in part, reversed in part |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Young and Harris, In re Marriage of......................... | 49A02–1606–DR–1218 | 05/12/2017 | ROBB, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |